**Order No. 96–51**
**December 30, 1996**

| | | |
|---|---|---|
| 18958 | State v. Davis | Affirmed |
| 19882 | State v. Bohol | Affirmed |
| 20037 | State v. Yoon | Affirmed |

**Order No. 96–52**
**December 30, 1996**

| | | |
|---|---|---|
| 18080 | In re Doe (b. 2/15/79) | Affirmed |
| 19111 | In re Doe (b. 3/28/94) | Affirmed |
| 19144 | State v. Kealoha | Affirmed |
| 19293 | State v. Dumlao | Affirmed |